

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2022

No. 04-22-00492-CV

**IN THE INTEREST OF J.A.M., J.W.M., V.S.M., N.J.M., L.V.M., L.D.M., AND D.A.M.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01074
Honorable Kimberly Burley, Judge Presiding

# O R D E R

In this accelerated appeal of the order terminating Appellant's parental rights to his child, Appellant's brief was due on September 19, 2022. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a brief or a motion for extension of time to file the brief.

We **order** Appellant to show cause in writing within **ten days** of the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). If Appellant fails to respond as ordered, we will abate this appeal to the trial court for an abandonment hearing. *Cf. id.* R. 38.8(b)(2); *Herndon v. Tex. Dep't of Family & Protective Servs.*, No. 03-11-00030-CV, 2012 WL 896010, at *1 (Tex. App.—Austin Mar. 13, 2012, no pet.) (mem. op.); *In re T.V.*, 8 S.W.3d 448, 449 (Tex. App.—Waco 1999, order).

Entered on this 26th day of September, 2022.

**PER CURIAM**

ATTESTED TO : _____
MICHAEL A. CRUZ,
Clerk of Court